**Dismissed and Opinion Filed August 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00718-CV

### JAMES E. MITCHELL, Appellant
### V.
### US BANK, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-02672-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

James E. Mitchell appealed the trial court's June 15, 2017 judgment. By postcard dated June 26, 2017, we notified Mitchell that the Court's $205 filing fee had not been paid. We instructed him to pay the fee within ten days and cautioned that the failure to do so might result in dismissal of his appeal. To date, the filing fee has not been paid.

On July 24, 2017, the Dallas County Clerk informed us that the clerk's record had not been filed because Mitchell had not paid or made arrangements to pay for the fee. That same day, we sent Mitchell a letter, instructing him to file, within ten days, written verification that he had paid or made arrangements to pay the fee for the clerk's record or written documentation that he had been found entitled to proceed without payment of costs. We cautioned Mitchell that the failure to comply might result in the dismissal of the appeal for want of prosecution. *See* TEX. R.

APP. P. 37.3(b). As of today, the clerk's record has not been filed and Mitchell has not filed a response or otherwise communicated with the Court.

In light of Mitchell's failure to comply with this Court's directives, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170718F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES E. MITCHELL, Appellant

No. 05-17-00718-CV       V.

US BANK, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-17-02672-B.
Opinion delivered by Chief Justice Wright, Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee US BANK recover its costs, if any, of this appeal from appellant JAMES E. MITCHELL.

Judgment entered August 8, 2017.